IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  No. 3:21-CR-00046-01-JM

CALVIN BAILEY

**ORDER**

Defendant's motion to reduce sentence (Doc. No. 54) is DENIED.

Amendment 821 was applied when Defendant was sentenced on February 22, 2024.[1]

IT IS SO ORDERED this 20th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 51, 52.